

This Product Contains Sensitive Taxpayer Data

```
                                        Request Date: 03-14-2024
                                       Response Date: 03-14-2024
                                     Tracking Number: 105691585372
```

Tax Return Transcript

```
                                        SSN Provided: XXX-XX-****5
                                  Tax Period Ending: Dec. 31, 2021
```

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC), if applicable. They do not show subsequent activity on the account.

```
                                                SSN: XXX-XX-4285
                                         SPOUSE SSN:
NAME(S) SHOWN ON RETURN: MICH D SCHI

ADDRESS: 220 RI


FILING STATUS:                                                       Single
FORM NUMBER:                                                           1040
CYCLE POSTED:                                                      20224805
RECEIVED DATE:                                                 Oct.21, 2022
REMITTANCE:                                                           $0.00
EXEMPTION NUMBER:                                                         1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PTIN:
PREPARER EIN:

Income

WAGES, SALARIES, TIPS, ETC:..................................................$0.00
TAXABLE INTEREST INCOME: SCH B:..............................................$0.00
TAX-EXEMPT INTEREST:.........................................................$0.00
ORDINARY DIVIDEND INCOME: SCH B:.............................................$0.00
QUALIFIED DIVIDENDS:.........................................................$0.00
REFUNDS OF STATE/LOCAL TAXES:................................................$0.00
ALIMONY RECEIVED:............................................................$0.00
BUSINESS INCOME OR LOSS (Schedule C):........................................$0.00
BUSINESS INCOME OR LOSS: SCH C PER COMPUTER:.................................$0.00
CAPITAL GAIN OR LOSS: (Schedule D):..........................................$0.00
CAPITAL GAINS OR LOSS: SCH D PER COMPUTER:...................................$0.00
OTHER GAINS OR LOSSES (Form 4797):...........................................$0.00
TOTAL IRA DISTRIBUTIONS:.....................................................$0.00
TAXABLE IRA DISTRIBUTIONS:...................................................$0.00
TOTAL PENSIONS AND ANNUITIES:................................................$0.00
TAXABLE PENSION/ANNUITY AMOUNT:..............................................$0.00
```

```
ADDITIONAL INCOME:.......................................................$0.00
ADDITIONAL INCOME PER COMPUTER:..........................................$0.00
REFUNDABLE CREDITS PER COMPUTER:.........................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.....................................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E):............................$0.00
RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER:...............$0.00
RENT/ROYALTY INCOME/LOSS PER COMPUTER:...................................$0.00
ESTATE/TRUST INCOME/LOSS PER COMPUTER:...................................$0.00
PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER:.............................$0.00
FARM INCOME OR LOSS (Schedule F):........................................$0.00
FARM INCOME OR LOSS (Schedule F) PER COMPUTER:...........................$0.00
UNEMPLOYMENT COMPENSATION:...............................................$0.00
TOTAL SOCIAL SECURITY BENEFITS:..........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS:........................................$0.00
TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER:...........................$0.00
OTHER INCOME:............................................................$0.00
SCHEDULE EIC SE INCOME PER COMPUTER:.....................................$0.00
SCHEDULE EIC EARNED INCOME PER COMPUTER:.................................$0.00
SCH EIC DISQUALIFIED INC COMPUTER:.......................................$0.00
EXCESS ADV CHILD TAX CREDIT PER COMPUTER:................................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT 2:............................................0
SECONDARY ECONOMIC IMPACT PAYMENT 2:..........................................0
PRIMARY ADVANCED CTC PAYMENTS:...........................................$0.00
SECONDARY ADVANCED CTC PAYMENTS:.........................................$0.00
ADDITIONAL CTC EARNED INCOME:............................................$0.00
EIC PRIOR YEAR EARNED INCOME:............................................$0.00
CTC PRIOR YEAR EARNED INCOME:............................................$0.00
QUALIFIED BUSINESS INCOME DEDUCTION:.....................................$0.00
F8995 QUALIFIED BUSINESS INCOME DEDUCTION COMPUTER:......................$0.00
PRIMARY ECONOMIC IMPACT PAYMENT:.........................................$0.00
SECONDARY ECONOMIC IMPACT PAYMENT:.......................................$0.00
SCHOLARSHIP FELLOWSHIP GRANT:............................................$0.00
TOTAL INCOME:............................................................$0.00
TOTAL INCOME PER COMPUTER:...............................................$0.00
```

Adjustments to Income

```
EDUCATOR EXPENSES:.......................................................$0.00
EDUCATOR EXPENSES PER COMPUTER:..........................................$0.00
RESERVIST AND OTHER BUSINESS EXPENSE:....................................$0.00
HEALTH SAVINGS ACCT DEDUCTION:...........................................$0.00
HEALTH SAVINGS ACCT DEDUCTION PER COMPTR:................................$0.00
MOVING EXPENSES: F3903:..................................................$0.00
SELF EMPLOYMENT TAX DEDUCTION:...........................................$0.00
SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER:..............................$0.00
SELF EMPLOYMENT TAX DEDUCTION VERIFIED:..................................$0.00
KEOGH/SEP CONTRIBUTION DEDUCTION:........................................$0.00
SELF-EMP HEALTH INS DEDUCTION:...........................................$0.00
EARLY WITHDRAWAL OF SAVINGS PENALTY:.....................................$0.00
ALIMONY PAID SSN:.............................................................
ALIMONY PAID:............................................................$0.00
SCHOLARSHIP FELLOWSHIP EXCLUDED:.........................................$0.00
IRA DEDUCTION:...........................................................$0.00
IRA DEDUCTION PER COMPUTER:..............................................$0.00
STUDENT LOAN INTEREST DEDUCTION:.........................................$0.00
STUDENT LOAN INTEREST DEDUCTION PER COMPUTER:............................$0.00
STUDENT LOAN INTEREST DEDUCTION VERIFIED:................................$0.00
TUITION AND FEES DEDUCTION:..............................................$0.00
TUITION AND FEES DEDUCTION PER COMPUTER:.................................$0.00
OTHER ADJUSTMENTS:.......................................................$0.00
ARCHER MSA DEDUCTION:....................................................$0.00
ARCHER MSA DEDUCTION PER COMPUTER:.......................................$0.00
```

```
TOTAL ADJUSTMENTS:..............................................................$0.00
TOTAL ADJUSTMENTS PER COMPUTER:.................................................$0.00
ADJUSTED GROSS INCOME:..........................................................$0.00
ADJUSTED GROSS INCOME PER COMPUTER:.............................................$0.00

Tax and Credits

65-OR-OVER:.......................................................................NO
BLIND:............................................................................NO
SPOUSE 65-OR-OVER:................................................................NO
SPOUSE BLIND:.....................................................................NO
STANDARD DEDUCTION PER COMPUTER:...........................................$12,550.00
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:.....................................$0.00
TAX TABLE INCOME PER COMPUTER:..................................................$0.00
EXEMPTION AMOUNT PER COMPUTER:..................................................$0.00
TAXABLE INCOME:.................................................................$0.00
TAXABLE INCOME PER COMPUTER:....................................................$0.00
TOTAL POSITIVE INCOME PER COMPUTER:.............................................$0.00
TENTATIVE TAX:..................................................................$0.00
TENTATIVE TAX PER COMPUTER:.....................................................$0.00
FORM 8814 ADDITIONAL TAX AMOUNT:................................................$0.00
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:.................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX:..............................................$0.00
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:.................................$0.00
FOREIGN TAX CREDIT:.............................................................$0.00
FOREIGN TAX CREDIT PER COMPUTER:................................................$0.00
FOREIGN INCOME EXCLUSION PER COMPUTER:..........................................$0.00
FOREIGN INCOME EXCLUSION TAX PER COMPUTER:......................................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT AMOUNT:.............................$0.00
EXCESS ADVANCE PREMIUM TAX CREDIT REPAYMENT VERIFIED AMOUNT:....................$0.00
CHILD & DEPENDENT CARE CREDIT:..................................................$0.00
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:.....................................$0.00
CREDIT FOR ELDERLY AND DISABLED:................................................$0.00
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:...................................$0.00
EDUCATION CREDIT:...............................................................$0.00
EDUCATION CREDIT PER COMPUTER:..................................................$0.00
GROSS EDUCATION CREDIT PER COMPUTER:............................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT:................................................$0.00
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:...................................$0.00
PRIM RET SAV CNTRB: F8880 LN6A:.................................................$0.00
SEC RET SAV CNTRB: F8880 LN6B:..................................................$0.00
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:.............................$0.00
RESIDENTIAL ENERGY CREDIT:......................................................$0.00
RESIDENTIAL CLEAN ENERGY CREDIT PER COMPUTER:...................................$0.00
CHILD AND OTHER DEPENDENT CREDIT:...............................................$0.00
CHILD AND OTHER DEPENDENT CREDIT PER COMPUTER:..................................$0.00
ADOPTION CREDIT: F8839:.........................................................$0.00
ADOPTION CREDIT PER COMPUTER:...................................................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT:..........................................$0.00
FORM 8396 MORTGAGE CERTIFICATE CREDIT PER COMPUTER:.............................$0.00
TOTAL OTHER NON REFUNDABLE CREDIT:..............................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS:.............................................$0.00
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:................................$0.00
PRIOR YR MIN TAX CREDIT: F8801:.................................................$0.00
PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER:....................................$0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT AMOUNT:.....................................$0.00
F8936 ELECTRIC MOTOR VEHICLE CREDIT PER COMPUTER:...............................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT AMOUNT:..................................$0.00
F8910 ALTERNATIVE MOTOR VEHICLE CREDIT PER COMPUTER:............................$0.00
SICK FAMILY LEAVE CREDIT:.......................................................$0.00
NON ITEMIZED CHARITABLE CONTRIBUTION DEDUCTION:.................................$0.00
NON ITEMIZED CHARITABLE CONTRIBUTION PER COMPUTER:..............................$0.00
REFUNDABLE CHILD CARE CREDIT:...................................................$0.00
```

```
SICK FAMILY LEAVE CREDIT AFTER 3-31-21:......................................$0.00
REFUNDABLE CHILD CARE CREDIT VERIFIED:.......................................$0.00
RECOVERY REBATE CREDIT:......................................................$0.00
RECOVERY REBATE CREDIT PER COMPUTER:.........................................$0.00
RECOVERY REBATE CREDIT VERIFIED:.............................................$0.00
OTHER CREDITS:...............................................................$0.00
TOTAL CREDITS:...............................................................$0.00
TOTAL CREDITS PER COMPUTER:..................................................$0.00
INCOME TAX AFTER CREDITS PER COMPUTER:.......................................$0.00
```

Other Taxes

```
SE TAX:......................................................................$0.00
SE TAX PER COMPUTER:.........................................................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS:.........................$0.00
SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER:............$0.00
TAX ON QUALIFIED PLANS F5329 (PR):...........................................$0.00
TAX ON QUALIFIED PLANS F5329 PER COMPUTER:...................................$0.00
IRAF TAX PER COMPUTER:.......................................................$0.00
TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER:...............................$0.00
IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER:................................$0.00
TOTAL OTHER TAXES PER COMPUTER:..............................................$0.00
UNPAID FICA ON REPORTED TIPS:................................................$0.00
INTEREST ON DEFERRED TAX:....................................................$0.00
TOTAL OTHER TAXES:...........................................................$0.00
RECAPTURE TAX: F8611:........................................................$0.00
HOUSEHOLD EMPLOYMENT TAXES:..................................................$0.00
HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER:.....................................$0.00
INTEREST DUE ON INSTALLMENT:.................................................$0.00
SCH 8812 ADDITIONAL TAX COMPUTER:............................................$0.00
REFUNDABLE CHILD CARE COMPUTER:..............................................$0.00
HEALTH COVERAGE RECAPTURE: F8885:............................................$0.00
DEFERRED TAX SCH H SE:.......................................................$0.00
MAX DEFERRED TAX PER COMPUTER:...............................................$0.00
TOTAL ADDITIONAL TAXES:......................................................$0.00
TOTAL ASSESSMENT PER COMPUTER:...............................................$0.00
TOTAL TAX LIABILITY TP FIGURES:..............................................$0.00
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:.................................$0.00
```

Payments

```
FEDERAL INCOME TAX WITHHELD:.................................................$0.00
SCH 8812 ADDITIONAL TAX:.....................................................$0.00
ESTIMATED TAX PAYMENTS:......................................................$0.00
OTHER PAYMENT CREDIT:........................................................$0.00
REFUNDABLE EDUCATION CREDIT:.................................................$0.00
REFUNDABLE EDUCATION CREDIT PER COMPUTER:....................................$0.00
REFUNDABLE EDUCATION CREDIT VERIFIED:........................................$0.00
REFUNDABLE CREDITS:..........................................................$0.00
EARNED INCOME CREDIT:........................................................$0.00
EARNED INCOME CREDIT PER COMPUTER:...........................................$0.00
EARNED INCOME CREDIT NONTAXABLE COMBAT PAY:..................................$0.00
SCHEDULE 8812 NONTAXABLE COMBAT PAY:.........................................$0.00
EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD:..................................$0.00
SCHEDULE 8812 TOT SS/MEDICARE WITHHELD:......................................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT:...................................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:......................$0.00
SCHEDULE 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:..........................$0.00
AMOUNT PAID WITH FORM 4868:..................................................$0.00
FORM 2439 REGULATED INVESTMENT COMPANY CREDIT:...............................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS:...................................$0.00
FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER:......................$0.00
HEALTH COVERAGE TX CR: F8885:................................................$0.00
```

```
SEC 965 TAX INSTALLMENT:....................................................$0.00
SEC 965 TAX LIABILITY:......................................................$0.00
PREMIUM TAX CREDIT AMOUNT:..................................................$0.00
PREMIUM TAX CREDIT VERIFIED AMOUNT:.........................................$0.00
PRIMARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:..........................$0.00
SECONDARY NAP FIRST TIME HOME BUYER INSTALLMENT AMT:........................$0.00
FIRST TIME HOMEBUYER CREDIT REPAYMENT AMOUNT:...............................$0.00
FORM 5405 TOTAL HOMEBUYERS CREDIT REPAYMENT PER COMPUTER:...................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER:...............................$0.00
SMALL EMPLOYER HEALTH INSURANCE PER COMPUTER (2):...........................$0.00
TOTAL OTHER PAYMENTS REFUNDABLE:............................................$0.00
TOTAL PAYMENTS:.............................................................$0.00
TOTAL PAYMENTS PER COMPUTER:................................................$0.00
```

Refund or Amount Owed

```
AMOUNT YOU OWE:.............................................................$0.00
APPLIED TO NEXT YEAR'S ESTIMATED TAX:.......................................$0.00
ESTIMATED TAX PENALTY:......................................................$0.00
TAX ON INCOME LESS STATE REFUND PER COMPUTER:...............................$0.00
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:................................$0.00
BAL DUE/OVER PYMT USING COMPUTER FIGURES:...................................$0.00
FORM 8888 TOTAL REFUND PER COMPUTER:........................................$0.00
```

Third Party Designee

```
THIRD PARTY DESIGNEE ID NUMBER:.................................................
AUTHORIZATION INDICATOR:.......................................................0
THIRD PARTY DESIGNEE NAME:......................................................
```

Form 8863 - Education Credits (Hope and Lifetime Learning Credits)


PART III - ALLOWABLE EDUCATION CREDITS

```
GROSS EDUCATION CR PER COMPUTER:............................................$0.00
TOTAL EDUCATION CREDIT AMOUNT:..............................................$0.00
TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER:.................................$0.00
```
                    This Product Contains Sensitive Taxpayer Data