UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------x
    In the matter of

Michael D. Schimek,                      CASE NO: 24-10213-mg

        DEBTORS
----------------x

### ORDER VACATING ORDERS OF DISCHARGE AND FINAL DECREE

    The above named debtors filed a petition under Chapter 7 on February 8, 2024, and,

    On April 4, 2024, Gloria Allred, Plaintiff commenced an adversary proceeding against the above debtor objecting to the 41 Objection/revocation of discharge pursuant to 11 U.S.C. Section 727(c),(d),(e), and

    This adversary proceeding, bearing case number 24-01337-mg, remains open and pending, and,

    On February 24, 2025, orders of discharge and final decree were docketed prematurely and the case was closed.

    Now, therefore it is,

    **ORDERED** that the Orders of Discharge and Final Decree docketed on February 24, 2025 are hereby vacated and the case is restored to an open status.

DATED: March 5, 2025
      New York, New York

                                          **/s/Martin Glenn**

                                          UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-10213-mg |
| Michael D. Schimek | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 05, 2025 | Form ID: pdf001 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael D. Schimek, 220 Riverside Blvd, 32 A, New York, NY 10069-1014 |
| 8438569 | + | GLORIA ALLRED, C/O HELD & HINES, LLP, 2004 RALPH AVENUE, BROOKLYN, NY 11234-5303 |
| 8447425 | + | Gloria Allred, c/o The Kantrow Law Group, PLLC, 732 Smithtown Bypass Suite 101, Smithtown, NY 11787-5020 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8438568 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2025 19:11:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, 4909 SAVARESE CIRCLE, TAMPA, FL 33634-2413 |
| 8438570 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2025 19:20:47 | MACYS/FDSB, ATTN: BANKRUPTCY, 9111 DUKE BOULEVARD, MASON, OH 45040 |
| 8438571 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Mar 05 2025 19:11:00 | NEW YORK STATE DEP OF FIN, WA HARRIMAN CAMPUS, ALBANY, NY 12227-0001 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Gloria Allred |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2025          Signature:    /s/Gustava Winters

Certificate of Notice    Pg 3 of 3

| District/off: 0208-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 05, 2025 | Form ID: pdf001 | Total Noticed: 6 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Deborah Piazza | dpiazza@tarterkrinsky.com<br>sdineen@tarterkrinsky.com;N256@ecfcbis.com;dpiazza@iq7technology.com;ecf.alert+Piazza@titlexi.com |
| Fred Steven Kantrow | on behalf of Plaintiff Gloria Allred fkantrow@thekantrowlawgroup.com  cpisciotta@thekantrowlawgroup.com |
| Fred Steven Kantrow | on behalf of Creditor Gloria Allred fkantrow@thekantrowlawgroup.com  cpisciotta@thekantrowlawgroup.com |
| Michael David Schimek, I | on behalf of Defendant Michael D. Schimek mschimek90@gmail.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 5